IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------  :
UNITED STATES OF AMERICA            :
                                                          : CASE NO.   5:05 CR 131
                              Plaintiff       :
                                                          :
           -vs-                                      :
                                                          :
ANTWANN AYERS                           : <u>ORDER ACCEPTING PLEA AGREEMENT</u>
                                                          : <u>AND JUDGMENT AND NOTICE OF</u>
                              Defendant   : <u>HEARING</u>
------------------------------------------------  :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge James S. Gallas regarding the change of plea hearing and plea agreement of Antwann Ayers which was referred to the Magistrate Judge with the consent of the parties.

On 16 March 2005, the government filed a two-count indictment against Antwann Ayers for conspiracy to possess with the intent to distribute and distribution of controlled substances in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C),  and 18 U.S.C. § 2.  On 14 April 2005, a hearing was held in which Antwann Ayers entered a plea of not guilty before Magistrate Judge James S. Gallas. On 15 March 2006, Magistrate Judge Gallas received Antwann Ayers's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Antwann Ayers is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Antwann Ayers is adjudged guilty of Counts One and Five in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. 21 U.S.C. § 841(b)(1)(C), and 18 U.S.C. § 2.

Sentencing will be:

>**12 June 2006 at 2:00 p.m.**
>
>**Courtroom 18-A**
>**18th Floor the United States District Court**
>**801 West Superior Avenue**
>**Cleveland, Ohio 44113**

IT IS SO ORDERED.

/s/Lesley Wells  _____
UNITED STATES DISTRICT JUDGE

Dated: 21 April 2006